UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL FAYED, | No. 2:21-cv-2041 DB P |
| Plaintiff, | |
| v. | ORDER |
| KATHLEEN ALLISON, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that defendants violated his due process rights when they took restitution payments from his prison trust account while his sentence was held in stay and abeyance. Plaintiff has requested an extension of time to file a second amended complaint. (ECF No. 27.) Plaintiff requests the extension of time as he has limited access to the law library and needs additional time to research his claims and prepare an amended complaint. (Id. at 2.)

////

////

////

////

////

////

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 27) is granted; and

2. Plaintiff is granted sixty days from the date of this order in which to file a second amended complaint.

DATED: May 11, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/faye2041.36amc