UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL FAYED, | No. 2:21-cv-02041 DB P |
| Plaintiff, | |
| v. | ORDER |
| KATHLEEN ALLISON, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that defendants violated his due process rights when they took restitution payments from his account. On January 19, 2023, the court dismissed plaintiff's Second Amended Complaint with leave to file an amended complaint. (ECF No. 31.)

Plaintiff has requested an extension of time to file a third amended complaint. (ECF No. 32.) Plaintiff makes this request as he needs additional time to schedule law library appointments and perform legal research. (Id.) This is plaintiff's first request for an extension of time to file a third amended complaint. Good cause appearing, plaintiff motion will be granted.

Plaintiff also filed a motion requesting permission of the court to amend the defendants of this action. (ECF No. 33.) In filing an amended complaint, plaintiff may add additional claims and defendants provided the joinder of these claims and parties is appropriate under the Federal

////

Rules of Civil Procedure. <u>See</u> Fed. R. Civ. P. 18-20. Accordingly, plaintiff's motion (ECF No. 33) will be granted.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 32) is granted; and

2. Plaintiff is granted sixty days from the date of this order in which to file a third amended complaint; and

3. Plaintiff's motion to amend the defendants to this action in his third amended complaint (ECF No. 33) is granted.

DATED: February 14, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/faye2041.36amc(2)